**Order filed, October 4, 2022.**



**In The**

**Fourteenth Court of Appeals**

_____

**NO. 14-22-00565-CV**

_____

**KATIE  RANKIN, Appellant**

**V.**

**ERICA HERNANDEZ, CHANTAY SALANO, AND DELCIA SALDANA, Appellee**

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-18318**

**ORDER**

The reporter's record in this case was due **August 31, 2022**. *See* Tex. R. App. P. 35.1.  On September 14, 2022, this court granted the court reporters request for extension of time to file the record until September 30, 2022.  To date, the record has not been filed with the court.  Because the reporter's record was not filed within the time prescribed in the previous request, we issue the following order.

We order Cynthia Grijalva, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

**Panel Consists of Justices Jewell, Bourliot, and Zimmerer.**